Case Name: CRESTON OBSERVER, INC.
Case No:   05-72342

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 18, 2007        WILLIAM T. NEARY
                                      United States Trustee, Region 11

                                    BY:    ____/s/_____
                                                  Carole J. Ryczek
                                                  Attorney for the U.S. Trustee