IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
CRESTON OBSERVER, INC.

DBA CRESTON OBSERVER NEWSPAPER

Debtor.

CHAPTER 7

CASE NO. 05-72342 MB

Judge MANUEL BARBOSA

NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL  61101

   on: __January 7, 2008__
   at: __1:00 p.m.__

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 1,124.94 | $ 0.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       4,499.76
   b. Disbursements                         $         156.00
   c. Net Cash Available for Distribution   $       4,343.76

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $6,447.18. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $5,071.69, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The Debtor is a corporation and thus not entitled to receive a discharge.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   November 21, 2007          /s/ Thomas J. Lester
                                   THOMAS J. LESTER, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2342  Doc 20  Filed 12/19/07  Entered 12/22/07 00:36:04  Desc Imaged
Certificate of Service  Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: cshabez               Page 1 of 1            Date Rcvd: Dec 19, 2007
Case: 05-72342                    Form ID: pdf002             Total Served: 34

The following entities were served by first class mail on Dec 21, 2007.
 db          +Creston Observer, Inc.,    604 North Main Street,    Rochelle, IL 61068-1686
 aty         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
 tr           Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL   61105-1389
9326475       Advanta Bank Corp.,    PO Box 8088,    Philadelphia, PA 19101-8088
9326476      +Bureau County Republican,    PO Box 340,    Princeton, IL 61356-0340
9326477      +Chase Environmental Services,    604 North Main Street,    Rochelle, IL 61068-1686
9326478       Chase/Bank One,    Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
9326479       Christian Science Publishing Society,    PO Box 527,    Boston, MA 02117-0527
9326480      +Creston Development Corporation,    PO Box 189,    Creston, IL 60113-0189
9326481      +D*B R<S,    PO Box 5472,    Mount Laurel, NJ 08054-5472
9326482      +First National Bank & Trust Of Rochelle,    340 May Mart Drive,    Rochelle, IL 61068-1797
10535761    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               Ogden, UT 84201)
9326485     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9326483    +++Illinois Department Of Revenue,    33 South State St,    Chicago, IL 60603-2802
9326484      Illinois Dept. Of Employment Security,    PO Box 802551,    Chicago, IL   60680-2551
9326486      +Jim And Laura McFall,    PO Box 96,    Lee, IL 60530-0096
9326474      +Joseph D Olsen,    1318 East State Street,    Rockford, IL 61104-2228
9326487      +Larry Josefson,    17 Meadow Trail West,    DeKalb, IL 60115-5301
9326488      +Matt Eggleston,    3900 South Mulford Road,    Rochelle, IL 61068-9626
9326489      +NCO Financial Systems, Inc.,    PO Box 7590, Dept. 64,    Hampton, VA 23666-0590
9326490      +NCO Financial Systems, Inc.,    PO Box 6489,    Baltimore, MD 21230-0489
9326491       Penncro Associates, Inc.,    95 James Way, Suite #113,    Sothampton, PA 18966-3847
9326492      +Printing Etc,,    1135 Lincoln Highway,    Rochelle, IL 61068-1516
9326493      +RMA,    7324 SW Freeway, Suite #1200,    Houston, TX 77074-2034
9326495       RRCA Accounts Management, Inc.,    312 Locust,    Sterling, IL   61081-3539
9326494      +Ron Rainwater,    1024 Carrie Avenue,    Rochelle, IL 61068-1007
9326496      +Sycamore Mitsubishi,    1525 DeKalb Avenue,    Sycamore, IL 60178-2703
9326497      +Telcom Directories Payment Center,    8610 Roswell Rd., #900-621,    Atlanta, GA 30350-7534
9326498      +The Classified Guys,    PO Box 8246,    New Fairfield, CT 06812-8246
9326499       Tribune Media Services,    PO Box 60195,    Los Angeles, CA 90060-0195
9326500       United Recovery Systems, LP,    PO Box 722929,    Houston, TX 77272-2929
9326501      +Universal Press Syndicate,    PO Box 419149,    Kansas City, MO 64141-6149
9326502       Viking Collection Service, Inc.,    PO Box 59207,    Minneapolis, MN 55459-0207
9326503      +Village Of Creston,    PO Box 36,    Creston, IL 60113-0036

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9326473*    +Creston Observer Inc,    604 North Main Street,    Rochelle, IL 61068-1686
                                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 21, 2007**                **Signature:** *Joseph Speetjens*