IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
CRESTON OBSERVER, INC.

DBA CRESTON OBSERVER NEWSPAPER

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05-72342 MB

JUDGE MANUEL BARBOSA

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: 5/9/08

THOMAS J. LESTER, TRUSTEE

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: May 12, 2008

WILLIAM T. NEARY
United States Trustee

By: _____
CAROLE J. RYCZEK
Attorney of the U.S. Trustee

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
(815) 490-4900

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

February 01, 2008 through February 29, 2008
Account Number: **000312889870966**

### CUSTOMER SERVICE INFORMATION

Service Center:   **1-800-634-5273**



00016433 DBI 802 24 06308 - NNN  1  000000000  69 0000
05-72342 DBA CRESTON OBSERVER INC
DBA CRESTON OBSERVER INC DEBTOR
330330 THOMAS LESTER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $299.56 |
| Checks Paid | 1 | - 299.56 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 102 | 02/01 | $299.56 |
| **Total Checks Paid** |  | $299.56 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/01 | $0.00 |

EXHIBIT
b

3/10/08

OK
Form 2

Page 1 of 1

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2008 through January 31, 2008
Account Number: **000312889870966**

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273



00016136 DBI 802 24 03208 - NNN 1 000000000 69 0000
05-72342 DBA CRESTON OBSERVER INC
DBA CRESTON OBSERVER INC DEBTOR
330330 THOMAS LESTER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,343.76 |
| Checks Paid | 3 | - 4,044.20 |
| Ending Balance | 3 | $299.56 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 01/22 | $1,124.94 |
| 103 * | 01/22 | 2,525.94 |
| 104 | 01/30 | 393.32 |
| **Total Checks Paid** |  | **$4,044.20** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/22 | $692.88 |
| 01/30 | 299.56 |

*[handwritten: Outstndg checks 295.56 - OK]*

Page 1 of 1